PER CURIAM.
Affirmed. Rosenberg v. Rosenberg, 371 So.2d 672 (Fla.1979) adopting 352 So.2d 867 (Fla. 3d DCA 1977) (Hubbart, J., dissenting); Herzog v. Herzog, 346 So.2d 56 (Fla. 1977); Sisson v. Sisson, 336 So.2d 1129 (Fla. 1976); Ball v. Ball, 335 So.2d 5 (Fla.1976); Shaw v. Shaw, 334 So.2d 13 (Fla.1976); Koeppel v. Koeppel, 351 So.2d 766 (Fla. 3d DCA 1977); Pfohl v. Pfohl, 345 So.2d 371 (Fla. 3d DCA 1977); Elkins v. Elkins, 228 So.2d 105 (Fla. 3d DCA 1969).